James A. Sellers, II, #184404
jamess@jlohman.com
The Law Offices of Jeffrey Lohman
4740 Green River Rd., Ste. 310
Corona, CA 92880
(657) 363-4699
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| STACIE MARTINEZ, | Case No. 3:19-cv-00103-BR |
| Plaintiff, | |
| v. | **MOTION TO DISMISS COUNTERCLAIM PURSUANT TO RULE 12(b)(1)** |
| CHASE BANK USA, N.A., | |
| Defendant. | |

**MOTION TO DISMISS COUNTERCLAIM PURSUANT TO RULE 12(b)(1)**

NOW COMES, Plaintiff Stacie Martinez ("Plaintiff"), by and through the undersigned attorney, and pursuant to Rule 12(b)(1) of Federal Civil Procedure, respectfully moves to dismiss the Counterclaim filed by Chase Bank USA, N.A. against Plaintiff (Dkt. 7, pages 10-14). For the grounds fully discussed in the attached Memorandum of Law in Support of Motion to Dismiss, Plaintiff moves to dismiss the Counterclaim for lack of subject-matter jurisdiction, for Defendant/Counter-Plaintiff's failure to plead facts establishing an independent basis of jurisdiction over the counterclaim.

- 2 -

1
2   Dated: March 27, 2019

RESPECTFULLY SUBMITTED,

3
    */s/ James A. Seller,s II*
    James A. Sellers II, #184404
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, the foregoing was filed using the Court's CM/ECF system, which will notify all parties of record, including opposing counsel of record:

**Brian T. Kiolbasa**
Lane Powell, PC
601 SW Second Avenue
Suite 2100
Portland, OR 97204-3158
503-778-2103
Fax: 503-778-2200
Email: kiolbasab@lanepowell.com
*ATTORNEY TO BE NOTICED*

*/s/ James A. Sellers, II*
James A. Sellers, II, #184404
jamess@jlohman.com
The Law Offices of Jeffrey Lohman
4740 Green River Rd., Ste. 310
Corona, CA 92880
(657) 363-4699
Attorney for Plaintiff