**Brian T. Kiolbasa**, OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Chase Bank USA, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STACIE MARTINEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**CHASE BANK USA, N.A.,**<br><br>Defendant. | Case No. 3:19-cv-00103-BR<br><br>STIPULATED JUDGMENT |

Plaintiff Stacie Martinez ("Martinez") and defendant Chase Bank USA, N.A. ("Chase"), by and through their undersigned counsel, hereby stipulate to the following:

**STIPULATIONS**

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of Martinez's claims against Chase as set forth in her Complaint (ECF No. 1), with prejudice and without costs or attorney fees to any party.

2. Plaintiff Martinez stipulates to entry of judgment against her on Chase's First Counterclaim (Breach of Contract), in the amount of $3,503.91, plus the sum of $1,950.00,

PAGE 1 -   STIPULATED JUDGMENT

representing the fair value of the costs, fees, and expenses incurred by Chase in prosecuting its counterclaims, for a total of **$5,453.91.**

3.  Chase's Second through Fourth Counterclaims are hereby dismissed as moot.

## ORDER AND JUDGMENT

It is ORDERED and ADJUDGED that pursuant to the Stipulations set forth above:

(1) Plaintiff's claims against Chase are dismissed with prejudice, without an award of fees or costs to any party;

(2) Defendant Chase is awarded a judgment on its Counterclaim in the amount of **$5,453.91** against Stacie Martinez;

(3) Chase's Second through Fourth Counterclaims are hereby dismissed as moot; and

(4) All pending motions and existing case deadlines are stricken as moot, as this matter is concluded.

DATED: this 30th day of April, 2019.

_____
ANNA J. BROWN
United States Senior District Judge

IT IS SO STIPULATED:

| | |
|---|---|
| DATED: April 29, 2019 | DATED: April 29, 2019 |
| THE LAW OFFICES OF JEFFREY LOHMAN | LANE POWELL PC |
| By s/ James A. Sellers | By s/ Brian T. Kiolbasa |
| James A. Sellers, OSB No. 184404 | Brian T. Kiolbasa, OSB No. 112890 |
| Telephone: 408.279.2288 | Telephone: 503.778.2100 |
| Attorneys for Plaintiff | Attorneys for Defendant Chase Bank USA, N.A. |

PAGE 2 -   STIPULATED JUDGMENT